██ Edward A. Piskorz, Appellant, v Marilyn Piskorz, Respondent. [916 NYS2d 572]—Appeal from an order of the Supreme Court, Erie County (Janice M. Rosa, J.), entered March 9, 2010, which granted defendant's motion to enter a stipulated qualified domestic relations order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: On this appeal by plaintiff from a qualified domestic relations order (QDRO), we note that no appeal lies as of right from such an order (*see Irato v Irato*, 288 AD2d 952 [2001]). Nevertheless, inasmuch as plaintiff "raised timely objections prior to the entry of the QDRO and thereby preserved a record for our review," we treat the notice of appeal as an application for leave to appeal and grant the application (*id.* at 952). Upon considering the merits of plaintiff's contention, we affirm the order. Present—Centra, J.P., Lindley, Sconiers, Green and Gorski, JJ.